UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ABDELLAH BOUDOUMA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | 3:21-CV-1185-G |
| | ) | |
| BOMBARDIER SERVICES CORPORATION, | ) ) ) | |
| Defendant. | | |

## ORDER

The plaintiff's agreed motion to dismiss with prejudice (docket entry 28) is **GRANTED**. Accordingly, this action is hereby **DISMISSED** with prejudice to its refiling. Costs are taxed against the party incurring same unless otherwise apportioned by private agreement.

**SO ORDERED**.

October 3, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**